IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY TROTTER-CAMPBELL,

Plaintiff,

-vs-

CORINTHIAN COLLEGES, INC.
d/b/a EVEREST UNIVERSITY and
PERFORMANT RECOVERY, INC.,

CASE NO.: 8:14-CV-2235

Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 20 January, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participants: Yaniv Adar, Homer Bonner Jacobs, 1200 Four Seasons Tower 1441 Brickell Avenue, Miami, FL 33131; Ernest "Skip" H. Kohlmyer, III, Esq., Urban, Thier, Federer and Chinnery, P.A., 200 South Orange Avenue, Suite 2000, Orlando, FL 32801.

_____
Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
KReynolds@ForThePeople.com
Florida Bar #: 0135534
Attorney for Plaintiff